

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 04 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:25-CR 00028 KGB |
| ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER ALAN KNIGHT ) | 18 U.S.C. § 922(a)(5) |
| BRANDON PAUL MALBROUGH, aka Bubba ) | 18 U.S.C. § 922(o) |
| JAMES WILSON BARRETT, aka Iceman ) | 18 U.S.C. § 371 |
| CHARLES JOSEPH CABALLERO, aka Chuck Diesel ) | 18 U.S.C. § 2 |
| ALFRED LEROY HEBERT ) | |
| GENE AUSTIN FLETCHER ) | |
| ERIC ORTIZ GONZALES ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about March 2020 through in or about August 2024, in the Eastern District of Arkansas and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
BRANDON PAUL MALBROUGH, aka Bubba,
JAMES WILSON BARRETT, aka Iceman,
CHARLES JOSEPH CABALLERO, aka Chuck Diesel
ALFRED LEROY HEBERT,
GENE AUSTIN FLETCHER, and
ERIC ORTIZ GONZALES,

knowingly, voluntarily, and intentionally joined in an agreement with one another, and others known and unknown to the Grand Jury, to knowingly transfer and possess a machinegun, that is, a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## Objects of the Conspiracy

The objects of the conspiracy were to be accomplished, in substance, as follows:

A.   CHRISTOPHER ALAN KNIGHT purchased machinegun conversion devices from BRANDON PAUL MALBROUGH for the purpose of possessing and transferring and causing to be transferred and possessed said machinegun conversion devices to JAMES WILSON BARRETT, CHARLES JOSEPH CABALLERO, ALFRED LEROY HEBERT, GENE AUSTIN FLETCHER, and ERIC ORTIZ GONZALES.

## Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Eastern District of Arkansas and elsewhere, on or about the dates set forth herein.

1.   In or around July 2020, KNIGHT purchased machinegun conversion devices from MALBROUGH.

2.   On July 29, 2020, KNIGHT sent MALBROUGH $1,500 via CashApp with "yard work" in the comment section as payment for machinegun conversion devices.

3.   On August 14, 2020, KNIGHT sent BARRETT a text, "10/4 brother lova ya to .. Iv also got a hold of some black market ones … call me later." On August 24, 2020, KNIGHT then sent a video of a male (MALBROUGH) firing a Glock pistol which was firing in a fully automatic manner and appeared to have a machinegun conversion device (glock switch) attached to rear of the slide. BARRETT responded, "Damnnn lol." KNIGHT replied, "I told you brother!!! I got you .." BARRETT responded, "Fasho How much are those?" KNIGHT replied, "Just like you see 25 or just the guts make it like that 15 .. Iv got 7 sets of guts and 4 tools at the moment and Iv got 12 more sets of guts on the way .. got a feeling shit is gonna get real bad in a few months so I'm stocking up." BARRETT responded, "So 25 bucks a set." KNIGHT replied, "25 for the tool

and the guts installed .. or just got the guts."

4. On August 21, 2020, KNIGHT sent MALBROUGH $2,460 via CashApp with "power tools" in the comments.

5. On August 29, 2020, BARRETT texted KNIGHT, "Hey bro just sent you 1500 let me know when you get it." KNIGHT responded, "10/4." On August 29, 2020, BARRETT sent KNIGHT $1,500 on CashApp.

6. On August 30, 2020, BARRETT texted KNIGHT, "500 more just sent." On August 30, 2020, BARRETT sent KNIGHT $500 on CashApp.

7. On September 1, 2020, BARRETT texted KNIGHT, "Thanks, hey you can go ahead and send just the two sets these others gonna wait. [address redacted] st long beach ca 90805 James Barrett." KNIGHT responded, "ok." BARRETT replied, "Hey you going to send them overnight huh ill send you the fee." KNIGHT responded, "Yes ima try to get them out this evening. How do you got an extra 500 in Vegas I'll just take it off your bill for me." On September 2, 2020, KNIGHT sent BARRETT a photograph of a receipt from the postal service.

8. Later that day, KNIGHT texted BARRETT, "29.64." BARRETT responded, "Gotcha." On September 4, 2020, BARRETT texted KNIGHT, "Hey on that package did you require a signature." KNIGHT responded, "No. Should have been there yesterday." BARRETT responded, "I got a note but it says can't be redelivered." KNIGHT replied, "Well call them .. I didn't make it so you had to sign for it." BARRETT responded, "10 4."

9. On September 8, 2020, KNIGHT texted BARRETT, "Hey did you get the package." BARRETT responded, "Imma go to the post office today." BARRETT later texted KNIGHT, "Hey bro send me that video real quick please. For the tools." KNIGHT replied, "Iv gotta make one .. let me get home and I will .." BARRETT responded, "alright."

10. Later on September 8, 2020, KNIGHT texted BARRETT, "Did yall get your tools installed?" BARRETT responded, "Yes sir." KNIGHT replied, "10/4 .. I love mine .. it's fast for damn sure .. Just can't shoot it a lot cuz don't want ppl to hear it lol." BARRETT responded, "Right lmao." KNIGHT later replied, "and got 12 more of them tools in today to."

11. On September 10, 2020, CABALLERO texted KNIGHT, "You coming to DGD [Diamond Green Diesel]." KNIGHT responded, "Yes sir." CABALLERO replied, "What you bring with you." KNIGHT responded, "Have some Pistols .. and one ar pistol .. looking for some rifles but ppl just don't want to come off them right now." CABALLERO replied, "I'm looking a Ar or a couple of them." KNIGHT responded, "Ill see what I can do." CABALLERO replied, "What the ar pistol look like." KNIGHT replied and sent a photograph of an AR pistol sitting on a chair. CABALLERO responded, "$ and brand." KNIGHT replied, "Bear creek upper and Anderson lower .. that's the one that Brittney told me to get her and I did then 3 days later text me and I don't want it .. I bought 3 of them out the door for 2789." CABALLERO replied, "How much for that one I'm looking to get one." KNIGHT responded, "929 that's what I have in it." CABALLERO replied, "I think I want it." KNIGHT responded, "It's nice I hate they are gettn so high but damn this Covid shit is making things go up like crazy." CABALLERO replied, "I know I'm trying to build one and it high. How long is that one." KNIGHT responded, "10.5 in." CABALLERO replied, "Ar-15 or 300aac." KNIGHT replied, "Iv also got some things that not many ppl need to know about .. shoots a lot at one time It ya know what I mean .. I'll send a video of me shooting it tomorrow" and "AR-15."

12. Later on September 10, 2020, CABALLERO texted KNIGHT, "I'm looking for a sub comp one too." KNIGHT responded, "Glock ?" CABALLERO replied, "Yes." KNIGHT responded, "Iv got about 8 Glocks right now .. I'll go out there tomorrow and see what all I have." CABALLERO replied, "9 or 40 something for my wife." KNIGHT responded, "Think I got a 40

but hell im not sure been so long since I got it." CABALLERO replied, "Ok just like me know. When you come down here?" KNIGHT responded, "Next sat .. I start the 21st."

13. On September 18, 2020, KNIGHT texted CABALLERO a photograph of 16 guns which included three shotguns, four AR-style rifles, one bolt action rifle, seven Glocks, and one Kimber 1911. CABALLERO responded, "I need prices on the ar's." KNIGHT replied, "900 on the Bronze one and 1500 for the tan one .. the tan one has a binary trigger." KNIGHT then sent a video of him shooting a rifle with what appears to be a binary trigger. CABALLERO responded, "What brand are them and what's a binary trigger" and "I really want the tan one I think." KNIGHT replied, "The tan one has the binary trigger .. makes it shoot like the video I sent you" and "They are built from a man in LR." CABALLERO responded, "I want it." KNIGHT replied, "10/4."

14. On September 19, 2020, CABALLERO texted KNIGHT, "You leave from up there yet." KNIGHT responded, "I will be in about 20 minutes." CABALLERO replied, "Damn I'm trying to fine 300 blackout and 556 ammo can't find shit down here" and "I seen that."

15. On September 21, 2020, KNIGHT texted CABALLERO, "Up the stairs and to the left?"

16. On September 25, 2020, HEBERT sent KNIGHT $1,000 via Venmo with a snow cone emoji in the comments.

17. On September 30, 2020, KNIGHT texted GONZALES a video of a person (MALBROUGH) firing a Glock with a machinegun conversion device attached to it. GONZALES responded, "sold." KNIGHT replied, "10/4."

18. On October 1, 2020, KNIGHT texted GONZALES, "You want the AK? If not ima get ready to raffle it tomorrow." GONZALES responded, "Yeah." KNIGHT replied, "10/4." GONZALES responded, "I'm about to get my side bitch to pay for it." KNIGHT responded,

"Lol."

19. On October 2, 2020, KNIGHT texted GONZALES a picture of his CashApp handle ($cknight86). GONZALES responded, "How much was it again for AK and automatic pistol." KNIGHT responded, "2000 pistol, 400 for roni, 650 ak, 3050." GONZALES later replied, "Gonna send u 2650 for AK and pistol and I'll have to wait on the Roni" and "I just sent it." GONZALES sent $2,650 via CashApp to KNIGHT with nothing in the comments section. KNIGHT responded, "Ok but do you want it?" GONZALES replied, "Yeah I'll pay u back later." KNIGHT responded, "10/4." GONZALES replied, "Before I leave for sure." KNIGHT responded, "10/4 brother." GONZALES replied, "U home? I might go pick them up." KNIGHT responded, "Yes I am." GONZALES replied, "Okay I'll stop by soon."

20. On October 2, 2020, GONZALES paid KNIGHT $2,650 on Cashapp.

21. On October 3, 2020, BARRETT texted KNIGHT, "Hey if you can send me a video of how to install that chip the lil homie saying it didn't work." KNIGHT responded by sending a one minute and three second video showing a person demonstrating how to install a machinegun conversion device on a firearm. KNIGHT then texted BARRETT, "Not sure if he put it in right or not .. but Iv ran everyone of them in the glock you bought few months ago that still in my safe .. have not had one issue." BARRETT responded, "Alright."

22. On October 9, 2020, HEBERT sent KNIGHT $1,500 via Venmo with the comment of "tools."

23. On October 16, 2020, HEBERT sent KNIGHT $1,500 via Venmo with a light bulb emoji in the comments.

24. On October 19, 2020, KNIGHT texted GONZALES "I'm headed down there .. Iv got 5 with me .. one is genes..if you want the other 4 I'll let them go for 8 each..iv been selling them by there self for 1500to 1250 .. I just need the money in a bad way." GONZALES responded,

"I still owe u $400."

25. On October 23, 2020, HEBERT sent KNIGHT $2,000 via Venmo with a snow cone emoji in the comments.

26. On October 30, 2020, GONZALES sent KNIGHT $400 on Cashapp.

27. On November 10, 2020, HEBERT sent KNIGHT $350 via Venmo with a snow cone emoji in the comments.

28. On January 26, 2021, KNIGHT texted GONZALES,

"Henry 45 long colt golden boy 700.00
Remington SD tactical 300 black out with Weaver scope 700.00
Remington 700 243 . 800.00
Remington 700 308. 800.00
CZ tactical 9mm threaded barrel light and custom paint job 675.00
Kimber 9mm 1911 660.00"

KNIGHT then sent two photographs of a rifle and a photograph of two rifles and two pistols.

29. On February 10, 2021, Individual 1 sent $660 to KNIGHT on Venmo with the comment, "Because Gene told me to!"

30. On February 25, 2021, KNIGHT texted GONZALES, "Whatcha figure out?" GONZALES responded, "Yeah I need 3."

31. On February 27, 2021, KNIGHT texted GONZALES, "How big is the job? Like how many guns should I bring lol." GONZALES responded, "They all like guns. I'm sure you will get rid of a lot." KNIGHT replied, "Then to get a ballpark how big the job is .. don't want to bring a shit ton and have to bring them back with me." GONZALES responded, "It's 2/3 weeks from what they told me" and "Not very big but everyone has already been working so they have money."

32. On May 9, 2021, KNIGHT sent GONZALES a photograph of approximately eight firearms consisting of 3 rifles, 4 pistols, and a revolver. KNIGHT then sent a photograph of a list

that read, "Winchester model 70 super grade 270-1100, Henry 22 – 450, Anderson 223 with 2 mag, 100 rounds of ammo, sling and red dot 1000, Glock 17 9mm fully auto 1500, Glock 22 40 cal fully auto 1500, Glock 21 45 cal fully auto 1500, Rock island 38 special 250." GONZALES responded, "I want the glock 17 and probably the Anderson."

33. On May 10, 2021, GONZALES texted KNIGHT, "What's the name of the Rv park?" (The RV park was located in Oklahoma). KNIGHT responded, "Fairhaven." GONZALES replied, "Are you home yet ? About to head that way." KNIGHT responded, "Yes sir I'm here .. rv lot 13."

34. On September 16, 2021, KNIGHT texted CABALLERO, "Both are about equal .. I have a few of the rugers and like them great .. so I'd pick the ruger if I was gonna get one .. but both are good guns." CABALLERO responded, "Ok I might go with the ruger. I like the way it looks too. I still want that 338 so if you come down this way for work you better bring it or if you sell it to me for a good price I might make a road trip up there." KNIGHT replied, "Was supposed to come that for P66 but not sure what's happening with it now that it flooded." CABALLERO responded, "It might still happen but it's only going to be days for like 14 weeks. Still up in the air. Starting sometime in the middle of October or beginning of November." KNIGHT replied, "Starting ta or predown." CABALLERO responded, "Don't know yet."

35. On October 1, 2021, KNIGHT texted CABALLERO, "New Winchester model 70 6.8 western" and sent a photograph of a rifle. CABALLERO responded, "I still want the 338" and "You just can't stop buying guns." KNIGHT replied, "Hell no and why would i." CABALLERO responded, "Buy all you want as long as you sell me the one I want."

36. On October 16, 2021, CABALLERO texted KNIGHT, "How much you going to charge me for that 5 speed for the Glock?" KNIGHT replied, "What happened to making them." CABALLERO responded, "we are still trying to get it right, but there's no substitute for the real

one. 100% works all the time."

37. On March 13, 2023, KNIGHT texted HEBERT, "what was that you was looking at? Uzi?" HEBERT responded, "Yes." On March 16, 2023, KNIGHT replied, "Get me a list wrote out today and I'll come get it .. I won't be here tomorrow but for 2 hrs." HEBERT stated, "10/4." HEBERT sent KNIGHT a photograph of a list that stated, "Uzi, B&T APC9, CZ Scorpion, Any AK rifles or subs, Father in Law Smith & Wesson revolver in 45 acp or 44 mag, Glocks, Rock Island pistols, home defense shotguns, binary triggers, cheap AR's."

38. On March 19, 2023, HEBERT texted KNIGHT, "What you decide to bring?" KNIGHT responded, "I ended up bringing a huge load back and ammo." HEBERT responded, "Can you send me pictures?" KNIGHT replied, "I will send you pictures once I get back" and "I have some bulk stuff." HEBERT responded, "Nice." KNIGHT replied, "Also have 3000 rounds of 556 for $700 a 1000 and 9mm 1000 rounds for $700 .. don't really care if I sell the ammo but just thought I'd bring it and offer." KNIGHT then sent 13 photographs of firearms with price tags. HEBERT responds, "I'll take the 3000 rds of 556 for 700. Couldn't see the prices on the other stuff." KNIGHT responds, "700 for 1000 rounds I have 300 total."

39. On April 1, 2023, HEBERT sent KNIGHT $500 on Zelle with the comment of "reimbursement."

40. On April 2, 2023, KNIGHT texted HEBERT, "Hey can you unlock your truck .. I'll drive over there." HEBERT responded, "Yes." KNIGHT replied, "Ok I'm fn to drive around with my truck" and "Let me know when it's unlocked and I'll head out there." HERBERT responded, "It's unlocked." KNIGHT replied, "10/4." On April 2, 2023, HEBERT sent KNIGHT $500 on Zelle with the comment of "Reimbursement." Later on April 2, 2023, KNIGHT texted HEBERT, "I got the 500 this morning .. should be able to send more now id think." HEBERT replied, "After 12 tonight already tried." KNIGHT responded, "10/4". On April 3, 2023, KNIGHT

texted HEBERT, "Safe travels on the way home brother." HEBERT responded, "Thank you brother same to you, I'll stay in touch."

41. On April 3, 2023, HEBERT sent KNIGHT $500 on Zelle with no comment.

42. On April 4, 2023, HEBERT sent KNIGHT $500 on Zelle with the comment "loan."

43. On April 7, 2023, HEBERT sent KNIGHT $500 on Zelle with the comment of "reimbursement."

44. On April 9, 2023, HEBERT sent KNIGHT $175 on Zelle with the comment of "reimbursement."

45. On August 10, 2023, FLETCHER texted KNIGHT, "Niggry. You still have any switches?" KNIGHT responded, "Got 3 left." FLETCHER replied, "How much?" KNIGHT stated, "Just got one them? Or a pew pew to go with it." FLETCHER responded, "Just a hi low switch." KNIGHT replied, "500 or 1100 for pew pew with it." FLETCHER responded, "Give me a few. I might get rid of one or the other." KNIGHT responded, "What ya got to get rid of?" FLETCHER responded, "Nothing, really." KNIGHT replied, "I understand that . . . I got about 10 or so and few rifles For sale if ya want some pix." FLETCHER responded, "Send them." KNIGHT responded, "10/4 let me go take them." KNIGHT then sent a text stating "Lots of Glocks didn't even take them out the box .. few smiths and the rifles are Browning BLR 7mm mag 1200 Howa 1500 6.5 creedmoor with sig scope and 6 boxes of ammo 1000 The Glocks are 560 each." KNIGHT then sent five photographs of various firearms.

46. On September 18, 2023, FLETCHER texted KNIGHT, "Hey bro. Chuck [CABALLERO] and I were wondering if we could rent a switch from you to try and build some. We have a guy that is a machinist/printer." KNIGHT responded, "Why sure my nigreeee." FLETCHER replied, "Can you send it. I'll venmo the postage." KNIGHT responded, "Should be able to .. it will be later on in the week .. not sure what day yet..im on a dozer and trucking job at

the moment." FLETCHER responded, "thanks niggreee. Love you, bye."

47.    On September 27, 2023, FLETCHER texted KNIGHT, "What about dat switch, my bruva?" KNIGHT responded, "I hardly had a minute to breathe. Send me the address and I'll try to get it out this week." FLETCHER then texted KNIGHT, "Don't holler at me. [address redacted] Ponchatoula, LA 70454. Thanks bro." On October 4, 2023, KNIGHT texted FLETCHER a picture of a United States Postal Service receipt indicating a Priority Mail Parcel weighing 9.7 ounces was sent to Ponchatoula, Louisiana, from Mountain View, Arkansas, in the amount of $10.20. The receipt indicated the expected delivery date was October 7, 2023. On October 6, 2023, FLETCHER texted KNIGHT, "[Individual 1] said thanks for the tea. Love you, bye."

48.    On October 12, 2023, FLETCHER texted KNIGHT, "Rough Draft" and then sent five photographs of what appears to be 3D printed glock switches. KNIGHT responded, "Oh I like."

49.    On October 16, 2023, CABALLERO texted KNIGHT, "How much you going to charge me for that 5 speed for the Glock?" KNIGHT responded, "What happened to making them?" CABALLERO responded, "We are still trying to get it right, but there's no substitute for the real one. 100% works all the time." KNIGHT replied, "Yes sir it does !! Lol. Let me see how many I just have left bwfor I say I'll let it go. Be tomorrow before I'll get to look." CABALLERO responded, "Ok I have time."

50.    On May 9, 2024, at 2:27 p.m., KNIGHT texted FLETCHER, "Hey my niggrie ever find an a5." FLETCHER responded, "No sir." KNIGHT replied, "Iv been looking." FLETCHER responded, "Thanks bro. It's for a guy at amsty so no biggie if you can't." KNIGHT responded, "10/4, Still got that thing I sent you?" FLETCHER replied, "Chuck has it. Ima tell him to pay you or send it back." KNIGHT responded, "ok just have him text me." FLETCHER responded, "Yep."

51. On May 9, 2024, at 2:49 p.m., CABALLERO texted KNIGHT, "What's up fella?" KNIGHT responded, "Shoot long time to talk how been, No*." CABALLERO replied, "Good, how you been?" KNIGHT responded, "That's good." Approximately two hours later, CABALLERO texted KNIGHT, "What you want for that Glock accessory?" KNIGHT responded, "I really need it back." CABELLERO responded, "Ok I will get it to gene to send it back." On May 13, 2024, FLECTHER texted KNIGHT, "send me your address, niggry."

52. On July 1, 2024, FLETCHER texted KNIGHT that "I have that part" (referring to the glock switch referenced above). KNIGHT responded, "Bet Wednesday still good?" FLETCHER responded, "Yes sir." KNIGHT replied, "Ill hit u Wednesday morning." On July 3, 2024, an Undercover Agent (UC) met FLETCHER in Laplace, Louisiana, and obtained the machinegun conversion device from FLETCHER. FLETCHER told the UC that he and a friend attempted to manufacture the machinegun conversion device with a 3D printer, but they could not get it to shoot more than a few rounds at a time without the device falling apart.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

From in or about January 2020 through in or about August 2024, in the Eastern District of Arkansas and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
CHARLES JOSEPH CABALLERO, aka Chuck Diesel
ALFRED LEROY HEBERT,
GENE AUSTIN FLETCHER, and
ERIC ORTIZ GONZALES,

knowingly, voluntarily, and intentionally joined in an agreement with one another, and others known and unknown to the Grand Jury, to willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was

not then residing in the state of Arkansas, in violation of Title 18, United States Code, Section 922(a)(5).

## Objects of the Conspiracy

The objects of the conspiracy were to be accomplished, in substance, as follows:

A.  CHRISTOPHER ALAN KNIGHT, a resident of Arkansas, purchased firearms in the state of Arkansas for the purpose of transporting and causing firearms to be transported to other states including Texas, Oklahoma, Louisiana, and California. CHRISTOPHER ALAN KNIGHT delivered firearms to CHARLES JOSEPH CABALLERO, aka Chuck Diesel, ALFRED LEROY HEBERT, GENE AUSTIN FLETCHER, and ERIC ORTIZ GONZALES, none of whom resided in Arkansas for sale, distribution, and profit. CHARLES JOSEPH CABALLERO, aka Chuck Diesel, ALFRED LEROY HEBERT, GENE AUSTIN FLETCHER, and ERIC ORTIZ GONZALES, none of whom resided in Arkansas, transferred money, including via CashApp, Venmo, and Zelle to CHRISTOPHER ALAN KNIGHT for the purposes of obtaining firearms.

B.  CHRISTOPHER ALAN KNIGHT, CHARLES JOSEPH CABALLERO, aka Chuck Diesel, ALFRED LEROY HEBERT, GENE AUSTIN FLETCHER, and ERIC ORTIZ GONZALES, did not have a federal firearms license.

## Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, the overt acts set forth in Count One, paragraphs 10-15, 18-20, 28-29, 32-33, 37-44, among others, were committed in the Eastern District of Arkansas and elsewhere, on or about the dates set forth herein.

All in violation of Title 18, United States Code, Section 371.

## COUNT THREE

Between on or about September 10, 2020, through on or about September 21, 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT and<br>
CHARLES J. CABALLERO, aka "Chuck Diesel,"

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and (2).

## COUNT FOUR

Between on or about October 1, 2020, through on or about October 2, 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT and<br>
ERIC GONZALES,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## COUNT FIVE

Between on or about January 26, 2021, through on or about February 10, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT and<br>
GENE FLETCHER,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## COUNT SIX

Between on or about May 9, 2021, through on or about May 10, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT and
ERIC GONZALES,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## COUNT SEVEN

Between on or about March 13, 2023, through on or about April 9, 2023, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT and
ALFRED HEBERT,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## FORFEITURE ALLEGATION ONE

Upon conviction of Counts 1 through 7 of this Indictment, the defendants, CHRISTOPHER ALAN KNIGHT, BRANDON PAUL MALBROUGH, aka Bubba, JAMES WILSON BARRETT, aka Iceman, CHARLES JOSEPH CABALLERO, aka Chuck Diesel, ALFRED LEROY HEBERT, GENE AUSTIN FLETCHER, and ERIC ORTIZ GONZALES, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)

☐   NO TRUE BILL.              ☑   TRUE BILL.

**REDACTED SIGNATURE**
FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By KRISTIN H BRYANT
AR Bar Number 2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Kristin.Bryant@usdoj.gov